# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

### No. 06-14-00052-CV

### In the Interest of P.D. and C.D., Children

(No. 2013-378 IN 402ND JUDICIAL DISTRICT COURT OF WOOD COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | INDIGENT | WM. BRANDON BAADE, APPT ATTY |
| REPORTER'S RECORD | $1,361.50 | INDIGENT | WM. BRANDON BAADE, APPT ATTY |
| CLERK'S RECORD | $0.00 | INDIGENT | WM. BRANDON BAADE, APPT ATTY |
| FILING | $195.00 | INDIGENT | WM. BRANDON BAADE, APPT ATTY |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this January 15, 2015.

**DEBRA AUTREY, CLERK**

By _____
Deputy